■ In the Matter of WILLIAM F. MACDONALD, Respondent. PETER J. FIORELLA, JR., Appellant.—Order unanimously reversed on the law with costs and motion denied. Memorandum: Special Term erred in granting the application for preaction disclosure (CPLR 3102 [c]) because the papers upon which it was based contained mere conclusory statements of suspicion and conjecture which are insufficient *(see, Emmrich v Technology for Information Mgt.,* 91 AD2d 777; *Stewart v Socony Vacuum Oil Co.,* 3 AD2d 582, 583) and because petitioner has failed to establish that he has a good cause of action *(see, L-Tron Corp. v Davco Sys.,* 60 AD2d 25, 28; *cf., Matter of Dack [Beni Broadcasting],* 101 Misc 2d 490, 496). (Appeal from order of Supreme Court, Erie County, Francis, J. —preaction discovery.) Present—Doerr, J. P., Boomer, Green, Pine and Davis, JJ.